Argued and submitted January 30, 1991, affirmed February 12, 1992

# DARRIN POLK,
*Appellant,*

*v.*

# Carl ZENON,
*Respondent.*

## (89-C-12467; CA A65922)

825 P2d 654

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.